**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

THE NATIONAL ASSOCIATION OF
REALTORS, *et al.*,

        Appellant,

v.

JAMES MULLIS, *et al.*,

        Appellee.

Appeal Number: 26-11566-G
District Court No.:  1:23-cv-05392-MHC

**NOTICE OF ACCURACY OF APPELLANT'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Appellees 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore hereby give notice, pursuant to Local Rule 26.1-1(a)(2), that the Certificate of Interested Persons and Corporate Disclosure statement filed by Appellant Don Gibson, Jeremy Keel, and Daniel Umpa on June 2, 2026 (Doc. 25) is true, complete, and accurate.

Respectfully Submitted,

*s/ Nathan D. Chapman*
Nathan D. Chapman
Georgia Bar No. 244954
Joseph W. Ozmer II
Georgia Bar No. 001542
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel: (404) 400-7300
Fax: (404) 400-7333
Email: nchapman@kcozlaw.com
Email: jozmer@kcozlaw.com

*Attorneys for Appellees 1925 Hooper LLC, Robert J. Arko and Andrew M. Moore*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused notice and a copy of this filing to be sent to all counsel of record.

*s/ Nathan D. Chapman*
Nathan D. Chapman